# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| CODY MURPHY, on behalf of her children, R.M. and C.M., minors, and TRACIE NASCA, on behalf of her children, J.N. and L.N. minors, individually and on behalf of all others | ) )  ) |
|                               Plaintiff(s), | ) CIVIL ACTION ) CASE NO.    2:25-cv-02204 |
| v. | ) |
| SUNFLOWER MEDICAL GROUP P.A. | ) ) |
|                               Defendant(s). | ) |

# A D R   R E P O R T

**TYPE OF ADR:**   Mediation ☑   Other:_____ ☐

**Name of Mediator or other Neutral:**  Thomas V. Bender

**ADR Session Held (date):**  June 24, 2025

**Additional Session(s) Held, if any (date):**  None

**Results of Referral to ADR:**

☐ Case settled **before** ADR      ☐ Case did **not** settle

☑ Case settled **at** ADR session      ☐ Case settled in part

**Mediation Fees** (answer only if private mediator used):
Did neutral serve pro bono? Yes ☐ or No ☑.

Did neutral serve for a reduced fee? Yes ☐ or No ☑.

**Status of litigation when ADR occurred**–please check one:
TRO ☐     pre-discovery ☑     partial discovery ☐     discovery complete ☐
pending dispositive motion ☐     After dispositive motion ruling ☐     other ☐ _____

**Length of ADR session:**  Mediation was completed in one all-day session.

Dated: _____July 8, 2025_____                                    _____[signature: Courtney Lewis]_____
                                                                                    Attorney Signature

**(ATTENTION: This form is to be FILED by defense counsel within fourteen days of the conclusion or cancellation of the ADR session. This form must be completed and returned even if the ADR session was not held. Additional forms may be retrieved from the Court's website at https://ksd.uscourts.gov/attorney-forms).**

## THIS FORM IS <u>FILED</u>

No information other than that specifically requested should be included on this form.